UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Veronica L. Murphy and Donald R. Devers, Jr., | : | Chapter 13 |
| Debtor. | : | Bky. No. 24-12976 (PMM) |
| Donald R. Devers, Jr., | : | |
| Plaintiff, | : | |
| v. | : | Adv. No. 25-0108 (PMM) |
| People First FCU, | : | |
| Defendant. | : | |

### ORDER SCHEDULING HEARING

**AND NOW**, upon consideration of the fact that the parties do not consent to this Court entering a final judgment. See Complaint and Answer, ¶¶ 5-7.

It is hereby **ordered** that a hearing will be held on **Thursday, March 13, 2025 at 11:00 a.m**. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

Dated: 2/27/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge